| AO 10 Rev. 1/2010 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2009 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Tunheim, John R. | 2. Court or Organization District of Minnesota | 3. Date of Report 05/15/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2009 to 12/31/2009 |
| 7. Chambers or Office Address 13E United States Courthouse 300 South Fourth Street Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member and House Delegate | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director and President | Norwegian-American Historical Association (nonprofit organization) |
| 3. Director | American Judicature Society |
| 4. Director | Federal Bar Association, Minnesota Chapter |
| 5. Advisor | Advisory Committee to the Norwegian Nobel Peace Prize Forum |
| 6. Advisor | Advisory Board to the Hubert H. Humphrey Institute of Public Affairs at the University of Minnesota |
| 7. Regent | Concordia College, Moorhead, MN |
| 8. Board Member | Board of Visitors, University of Minnesota Law School, Minneapolis, MN |
| 9. Committee Member, Secretary and Vice Chair | Executive Committee, National Conference of Federal Trial Court Judges, Judicial Division, American Bar Association |
| 10. Task Force Chair | Prosecution and Defense Function Standards Task Force, Criminal Justice Section, American Bar Association |

RECEIVED MAY 10 A 11: 13 FINANCIAL DISCLOSURE OFFICE

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

Tunheim, John R

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

2. _____

3. _____

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.* *(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2009 | Tunheim Partners, Minneapolis, MN |
| 2. | 2009 | Bush Foundation, St. Paul, MN (Director Compensation) |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | Feb. 13-16, 2009 | Boston, MA | Meeting | Transportation, meals and lodging |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | May 1-2, 2009 | Washington, DC | Meeting | Transportation, meals and lodging |
| 3. | American Bar Association, Criminal Justice Section | Jan 23-25, 2009 | Washington, DC | Task Force | Meals and lodging |
| 4. | American Bar Association, Criminal Justice Section | May 30-31, 2009 | Washington, DC | Task Force | Transportation and lodging |
| 5. | American Bar Association, Criminal Justice Section | Oct. 31 - Nov. 1, 2009 | Washington, DC | Task Force | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Tunheim, John R. | 05/15/2010 |

| 6. | American Bar Association | July 29 - Aug. 4, 2009 | Chicago, IL | Meeting | Transportation, meals and lodging |
| --- | --- | --- | --- | --- | --- |
| 7. | Concordia College | May 8-9, 2009 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 8. | Concordia College | Dec. 3-5, 2009 | Moorhead, MN | Board Meeting | Transportation, meals and lodging |
| 9. | American Conference Institute | May 12-13, 2009 | New York, NY | Conference (speaker) | Transportation and lodging |
| 10. | University of North Dakota | April 7-8, 2009 | Grand Forks, ND | Conference (speaker) | Transportation, meals and lodging |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Stonebridge Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | M |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 3. Honeywell Retirement Benefit Plan | | None | M | T | | | | | |
| 4. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 5. Wells Fargo Bank | A | Interest | L | T | | | | | |
| 6. American Funds: American Balanced Fund Cl F | C | Dividend | M | T | | | | | |
| 7. Dodge & Cox Balanced | B | Dividend | L | T | | | | | |
| 8. American Funds: Washington Mutual Investors | A | Dividend | K | T | | | | | |
| 9. American Funds: Investment Co of America Cl F | A | Dividend | K | T | | | | | |
| 10. Baron Asset | A | Dividend | K | T | | | | | |
| 11. American Funds: Capital World Growth & Income | A | Dividend | K | T | | | | | |
| 12. Royce Total Return | A | Dividend | J | T | | | | | |
| 13. American Funds: New World Fund | A | Dividend | J | T | | | | | |
| 14. American Funds: Capitol Income Builder | B | Dividend | K | T | | | | | |
| 15. 1st Clearing Bank Deposit | A | Interest | K | T | | | | | |
| 16. Schwab Advisor Cash Reserve | A | Dividend | J | T | | | | | |
| 17. American Funds: Growth Fund of America | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Funds: Investment Co. of America C1 R3 | A | Dividend | K | T | | | | | |
| 19. American Funds: EuroPacific Fund | A | Dividend | J | T | | | | | |
| 20. American Funds: American Balanced CL R3 | A | Dividend | K | T | | | | | |
| 21. American Funds: Bond Fund of America | B | Dividend | K | T | | | | | |
| 22. Third Avenue Value | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R. | 05/15/2010 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544